**2007–0096.   State ex rel. Burns Internatl. v. Smith.**
Franklin App. No. 05AP–488, 2006-Ohio-6731. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. It appears from the records of this court that appellant has not filed a merit brief, due August 1, 2007, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

It is ordered by the court that this cause is dismissed sua sponte.

**2007–0329.   State ex rel. Holt v. Columbus.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*August 16, 2007*

[Cite as *08/16/2007 Case Announcements*, 2007-Ohio-4160.]